226 So.2d 523

**In re Investigation of Alleged Violation of the Code of Governmental Ethics by Roland F. COPPLA, Member of the Louisiana State Police.**

No. 49950.

Oct. 1, 1969.

In re: State of Louisiana, Commission on Governmental Ethics, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Louisiana Commission on Governmental Ethics. 222 So.2d 314.

Writ refused. The judgment is not final.

226 So.2d 523

**Joseph MONCERET**

v.

**J. Thomas JEWELL.**

No. 49951.

Oct. 1, 1969.

In re: Joseph Monceret applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Pointe Coupee. 222 So.2d 336.

Writ denied. On the facts found by the Court of Appeal, we find no error in the judgment complained of.